COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-355-CR

RAYMOND CHARLES COVERT APPELLANT

V.

THE STATE OF TEXAS STATE

------------

FROM COUNTY CRIMINAL COURT NO. 1 OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Raymond Charles Covert has appealed from his conviction for the offense of driving while intoxicated and misdemeanor repetition.  After Covert filed his notice of appeal, the trial court granted him a new trial.  The granting of a new trial restores the case to its position before the former trial.  
Tex. R. App. P. 
21.9.  Therefore, on our own motion we dismiss the appeal as moot.  
See 
Tex. R. App. P. 
43.2(f). 

PER CURIAM

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

LIVINGSTON, J. concurs without opinion.

DO NOT PUBLISH

Tex. R. App. P.
 47.2(b)

DELIVERED: February 21, 2008

FOOTNOTES
1:
See 
Tex. R. App. P.
 47.4.